# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | INFORMATION |
| LESLEY WARD, | 18 U.S.C. § 641 |
| Defendant. | (MISDEMEANOR) |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
(Theft of Public Money)

On or about July 2, 2025, in the Southern District of Ohio, the defendant, **LESLEY WARD**, did knowingly and willfully embezzle, steal, purloin, and convert to her own use and the use of another money belonging to the United States and a department and agency thereof, namely, Social Security benefits having a value of $800.

In violation of 18 U.S.C. § 641.

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

TIMOTHY LANDRY (MA 669554)
SPECIAL ASSISTANT U.S. ATTORNEY